IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| ERIC JEROME LEONARD, #199212, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:04-cv-0146-MEF |
| ) | WO |
| DOUGLAS CHAMBERS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #44) to the Recommendation of the Magistrate Judge (Doc. #41) filed on June 13, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on May 9, 2006 is adopted;

3. The defendants' motions for summary judgment (Doc. #13, #26, #31) are GRANTED and this case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

DONE this the 14th day of July, 2006.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE